354

497 A.2d 611

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Walter GOODROE, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 18, 1985.

Decided Sept. 25, 1985.

James A. Lammendola, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Richard Goldberg, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER OF COURT

PER CURIAM

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., dissents and would reach the merits.